## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MARIA ROBERTS**                                                                                                  **PLAINTIFF**

**VERSUS**                                                                  **CIVIL ACTION NO. 1:06CV377LG-RHW**

**CASINO MAGIC CORP.**                                                                                           **DEFENDANT**

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

BEFORE THE COURT is the Plaintiff's Motion to Dismiss Without Prejudice [2], filed in the above-captioned cause on May 24, 2006.  The Defendant has not filed an answer, and according to the Plaintiff, does not object to the dismissal.  Therefore, the motion should be granted and this action dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(2).

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff's Motion to Dismiss Without Prejudice [2] should be and is hereby **GRANTED.**  The above-captioned cause is hereby **DISMISSED** without prejudice pursuant to FED. R. CIV. P. Rule 41(a)(2).

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE